UNITED STATES of America, Plaintiff–Appellee,

v.

Bill Patrick CONNORS, Sr., Defendant–Appellant.

No. 89–35411.

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 1990 *.

Decided June 12, 1990.

Bill Patrick Connors, Sr., Duluth, Minn., in pro per.

Carl E. Rostad, Asst. U.S. Atty., Great Falls, Mont., for plaintiff-appellee.

Circuit Rule 34–4 and Fed. R. App. P. 34(a).

Before WALLACE, HALL and WIGGINS, Circuit Judges.

PER CURIAM:

Bill Patrick Connors appeals the district court's denial of his second motion to provide a copy of the trial transcript at government expense. We affirm.

A prisoner proceeding in forma pauperis on a habeas corpus petition is entitled to receive at government expense copies of court documents. 28 U.S.C. § 2250 (1982). Although Connors is indigent, he has not filed a habeas petition, and therefore is not entitled to copies of his trial transcript at government expense until he does so. *See Walker v. United States*, 424 F.2d 278, 278–79 (5th Cir.1970).

AFFIRMED.